SEDWICK, District Judge,
dissenting:
On the facts before us, I believe the majority’s decision is contrary to California law, Montrose Chemical Corp. v. Superior Court of Los Angeles County, 6 Cal.4th 287, 24 Cal.Rptr.2d 467, 861 P.2d 1153 (1993); Gray v. Zurich Ins. Co., 65 Cal.2d 263, 54 Cal.Rptr. 104, 419 P.2d 168 (1966), and misapprehends this court’s own discussion of relevant California law in Pension Trust Fund for Operating Engineers v. Federal Ins. Co., 307 F.3d 944 (9th Cir.2002), so I respectfully dissent.